1:22-CV532

FILED

# Complaint

2022 MAY 11  A 10: 45

| Plaintiff | VS | Defendants |
|---|---|---|
| Scott Dye | | AECOM Federal/Technolgies |
| 700 Perry Drive | | 3101 Wilson BLVD Suite 900, |
| Fredricksburg , Virginia 22405 | | Virginia 22201 |
| 540-455-3537 | | 703-682-4900 |

Department of General Services of Virginia

1100 Bank Street Suite # 420

Richmond Virginia 23219

Virginia ABC

7450 Freight Way

Mechanicsville, Virginia 23116

Department of State

2201 C St NW,

Washington DC, 20520

King William County

351 Courthouse Road #130,

King William, Virginia 23086

Hanover County

7530 County Complex Road,

Hanover, Virginia 23069

Spotsylvania County

P.O Box 339

9111 Courthouse Road

Judicial Center 1 St Floor

Spotsylvania, Virginia 22553

Mortenson Construction Company

700 Meadow Ln N, Golden Valley,

MN 55422

H&M Construction

50 Security Drive

Jackson, Tennessee

38305

Sunbelts Rentals

2341 Deerfield Drive

Fort Mill, SC 29715

Virginia Department of Transportation

Richmond District

2430 Pine Forest Drive

Colonial Heights, Virginia

23834

# Complaint Summary

AECOM and all listed defendants have committed a Violation of the Privacy ACT 1974 towards Scott Dye. AECOM/DGS along with other companies have violated Civil Rights and been discriminating against Scott Dye. AECOM released personal information and passwords of Scott Dye to the listed companies and state organizations listed above. The companies' employees participated in the violations.

Scott Dye filed a charge with EEOC the EEOC would not make a determination on the issue filed but issued a right to sue letter to Scott Dye. Scott Dye is also a protected who Victim's Rights have been violated. Scott Dye reputation has been ruined and is unable to find employment due to the actions of the defendants. Scott Dye Employment career has been ruined by the defendants.

Scott Dye has lost friendships/ Employment opportunities and Career worth over 25 million Dollars.

Scott Dye is suing for his career reputation / loss of employment opportunities and friendships and mental stress due to the listed

 Defendants. Scott dye has suffered grave losses and 20 years of hard-earned monies and friendships. There is great deal of evidence against all defendants involved. Scott Dye would ask for a discovery hearing to move forward. Scott Dye is unable to financially recover from this situation.


The value of this lawsuit is approximately 25 million dollars.


Respectfully Submitted  Scott Dye.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
_____ DIVISION

_____Scott Dye_____
Plaintiff(s),

v.

_____AECOM / FTC,_____
Defendant(s).

Civil Action Number: 1:22-CV-532

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of _____Complaint_____.
(Title of Document)

_____Scott Dye_____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _5/11/2022_ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)