IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SCOTT DYE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-532 (RDA/TCB) |
| ) | |
| AECOM FEDERAL/TECHNOLOGIES, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter comes before the Court upon the Report and Recommendation ("Recommendation") issued by Magistrate Judge Theresa Buchanan on June 28, 2022. Dkt. 45. In this civil rights case, Judge Buchanan recommends that the Court deny Plaintiff Scott Dye's Motion to Proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 636(b)(1)(C). Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Judge Buchanan's Recommendation was July 12, 2022. To date, no objections have been filed.

After reviewing the record and Judge Buchanan's Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation. Dkt. 45. Accordingly, Plaintiff's motion to proceed IFP (Dkt. 43) is DENIED. To proceed with this case, Plaintiff must pay the filing fee within fourteen days of the entry of this Order. Failure to pay the required filing fee may result in dismissal of the case.

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (holding that in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

The Clerk is directed to forward copies of this Order to Plaintiff, *pro se*, and counsel of record for Defendants.

It is SO ORDERED.

Alexandria, Virginia
July 13, 2022

/s/
Rossie D. Alston, Jr.
United States District Judge